**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OBED B QUINTERO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHIL,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>　　　　　Defendant. | Case No. EDCV 17-0435 SS<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: December 5, 2017

　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　SUZANNE H. SEGAL
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE